```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------X
PETRENA THERESE LEWIS,              :
                    Plaintiff,      :   09 Civ. 5915 (GBD)(HBP)
        -against-                   :   ORDER
COVENANT AVIATION SECURITY,         :
                    Defendant.      :
-----------------------------------X
```

PITMAN, United States Magistrate Judge:

By letter dated December 29, 2009, plaintiff has advised me that she will forego her right to conduct depositions in this matter in favor of proceeding by way of interrogatories, or written questions. Accordingly, plaintiff may serve up to 100 interrogatories on defendant; each subpart will count as a separate interrogatory. Defendant may assert any appropriate objection to an interrogatory except an objection based on Local Civil Rule 33.3(a) which is waived with respect to plaintiff's interrogatories.

Plaintiff is reminded that if she is dissatisfied with any discovery response or objection served by defendant, she can apply to the Court for a ruling; defendant, of course, has the same right with respect to plaintiff's discovery responses. Before seeking my intervention, plaintiff and counsel for defendant should discuss the matter informally and attempt to resolve

the dispute without my help. If the parties cannot resolve the dispute on their own, the party asserting the deficiency should send me a letter outlining the discovery dispute. Finally, plaintiff is also reminded that she must send counsel for defendant a copy of anything that she sends to me.

Dated: New York, New York
January 12, 2010

SO ORDERED

_____
HENRY PITMAN
United States Magistrate Judge

Copies mailed to:

Ms. Petrena T. Lewis
4 Becker Street
Lake Peekskill, New York 10537

Richard A. Auerbach, Esq.
Auerbach & Kopko
500 North Broadway
Jericho, New York 11753

2